| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF ILLINOIS |
| 2 | EASTERN DIVISION |

```
 3   JASMINE COX, et al.,              )
                                       )
 4                    Plaintiffs,      )
                                       )
 5        -vs-                         )  No. 16 C 11282
                                       )
 6   PERSONNEL STAFFING GROUP, LLC,    )
     d/b/a MVP,                        )  Chicago, Illinois
 7                                     )  January 10, 2018
                     Defendants.       )  9:00 a.m.
 8
```

```
 9                TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE ANDREA R. WOOD
10
     APPEARANCES:
11
     For the Plaintiffs:      WORKERS' LAW OFFICE, P.C.
12                            53 West Jackson Blvd.
                              Chicago, Illinois  60604
13                            BY:  MR. ALVAR AYALA
                                   MR. CHRISTOPHER J. WILLIAMS
14

15   For the Defendants:      KOREY RICHARDSON LLC
                              20 South Clark Street
16                            Chicago, Illinois  60603
                              BY:  MS. MICHELE DENISE DOUGHERTY
17

18

19                COLETTE M. KUEMMETH, CSR, RMR, FCRR
                       OFFICIAL COURT REPORTER
20                    219 South Dearborn Street
                              Room 1928
21                    Chicago, Illinois  60604
                           (312) 554-8931
22

23

24

25
```

1    (Proceedings heard in open court:)

2    THE CLERK: Case 16 CV 11282, Cox versus Personnel

3    Staffing.

4    MS. DOUGHERTY: Good morning. Michelle Dougherty

5    for the defendant, Personal Staffing.

6    MR. AYALA: Good morning, your Honor. Alvar Ayala

7    for the plaintiff.

8    MR. WILLIAMS: Good morning, your Honor. Chris

9    Williams also on behalf of plaintiff.

10    THE COURT: Okay. Good morning. The parties have

11    proposed a discovery schedule that you worked out together

12    with a deadline for written and oral fact discovery of May

13    31st?

14    MS. DOUGHERTY: That's correct, your Honor.

15    MR. AYALA: Correct.

16    THE COURT: And you remain comfortable with that

17    date?

18    MR. AYALA: Yes, your Honor.

19    MS. DOUGHERTY: If that changes we will definitely

20    let you know, but that should work.

21    THE COURT: Okay. I'm going to enter May 31st as

22    the deadline.

23    There is also a new motion to compel that's been

24    filed, so whatever cooperation led to the discovery deadline

25    didn't carry over to this issue of redacting client names.

1    MR. WILLIAMS:  Actually, your Honor, we did talk

2  this morning.  We're going to make some additional effort and

3  would ask orally to reset our motion to the following

4  Thursday if that's agreeable with the Court, and if it's

5  resolved we can then withdraw the motion.

6    THE COURT:  So that would be the 18th.

7    MS. DOUGHERTY:  Correct.

8    THE COURT:  That's fine.  The motion hearing will

9  be reset to the 18th.  I will just note that from reviewing

10  the motion and taking a look at the exhibits that were

11  attached, without having received a response from the

12  defendants, it seems pretty clear to me that the identity of

13  the clients is relevant here.

14    MS. DOUGHERTY:  We understand that, your Honor.  I

15  believe our concern is just getting a proper protective order

16  in place, and that's what we're hoping to work out.

17    THE COURT:  Negotiate a protective order.  But

18  given the allegations here that the clients are involved in

19  requesting the employees, they're going to properly be

20  witnesses here.  At least some of them.  I'm not opening the

21  door for the plaintiff to depose every single client, but

22  certainly a representative number who have involved in these

23  communications, so keep that in mind as you're trying to work

24  out the motion.  If you need a confidentiality order, try to

25  work something out.

1    Do we have a next status date?  I suppose not yet.

2  I'm going to set a status under the assumption you're going

3  to work out your differences and don't need a motion hearing.

4  Let's set it for mid March.

5    THE CLERK:  March 15th, 9:00 a.m.

6    MS. DOUGHERTY:  Thank you, your Honor.

7    (End of proceedings.)

8    C E R T I F I C A T E

9

10    I certify that the foregoing is a correct transcript

11  from the record of proceedings in the above-entitled case on

12  January 10, 2018.

13

14

15

16  /s/Colette M. Kuemmeth___
       Court Reporter

17

18

19

20

21

22

23

24

25