## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jasmine Cox, et al.
                              Plaintiff,

v.                                                  Case No.: 1:16−cv−11282
                                                    Honorable Andrea R. Wood

Personnel Staffing Group, LLC
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 6, 2019:


     MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held on 6/6/19. The parties were unable to revolve the case. All matters relating to the referral of this matter having been addressed, this case is returned to the District Judge. If settlement becomes a realistic possibility in the future, a new referral can be generated. Referral terminated. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.